THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Steven Allen Koerner,       
Appellant.
 
 
 

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No.  2005-UP-172
Submitted March 1, 2005  Filed March 9, 2005

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Appellant, Steven Allen Koerner, pled guilty to nine counts of burglary in the second degree and one count each of possession of crack cocaine, armed robbery, breach of trust with fraudulent intent, and forgery.  The trial judge sentenced Koerner to (1) fifteen years on the armed robbery charge, (2) ten years, consecutive, suspended with five years of probation on one of the burglary charges, (3) fifteen years, concurrent, on the remaining eight burglary charges, and (4) five years each, concurrent, on the forgery, breach of trust, and possession charges.  Koerners counsel attached to the brief a petition to be relieved as counsel, stating that he had reviewed the record and concluded this appeal lacks merit.  Koerner has filed a separate pro se brief.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
 GOOLSBY, HUFF, and STILWELL, JJ., concur.

1
We decide this case without oral argument pursuant to Rule 215, SCACR.